May 28, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

RIVER OAKS L-M. INC. D/B/A WEST POINT LINCOLN MERCURY,
Appellant

NO. 14-14-00059-CV        V.

VERONICA VINTON-DUARTE, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Veronica Vinton-Duarte, signed November 25, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below as follows:

> The amount awarded to plaintiff, Veronica Vinton-Duarte against West Point is reduced from $739,623.88 to $625,197.87. Veronica Vinton-Duarte is awarded actual damages from West Point in the amount of $625,197.87. This amount consists of $560,814.00 of compensatory damages as awarded by the jury on the sexual harassment and retaliation claims, and prejudgment interest of $64,383.87 calculated from August 30, 2010 until November 24, 2013. The compensatory damages reflect a reduction of $3,186.00, the amount awarded to West Point by the jury on its counterclaims, and a reduction of $125,000.00 due to the statutory damages cap provided by the Texas Labor Code.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.